UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:   DAVIS, MELVIN R.                    CASE NO. 08-10971

         DEBTOR(S)                            CHAPTER 7

**MOTION TO DEPOSIT FUNDS INTO TREASURY**

THE MOTION OF Martin A. Schott, Trustee respectfully represents that:

1.

The petition commencing this case was filed pursuant to Chapter 7 of Title 11 of the United States Code on July 11, 1008. Martin Schott was appointed trustee.

2.

The trustee filed the Trustee's Final Report of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Reimbursement of Expenses and Notice of Proposed Distribution on April 21, 2009; the Clerk's office sent notice thereof to all parties in interest on April 24, 2009 (a copy of which is attached as Exhibit A) and the Order approving same was signed on May 22, 2009 (a copy of which is attached as Exhibit B).

3.

Pursuant to the Court Order the proposed distributions were made; however, the checks attached as Exhibits C and D have never cleared nor been returned. It has been ninety (90) days since the final distribution under 11 USC §726.

4.

Pursuant to 11 USC §347, the trustee wishes to stop payment on the checks remaining unpaid and pay the money to the Clerk of the Bankruptcy Court on behalf of the creditor.

5.

All attempts to locate a better address for the creditor has been unsuccessful.

WHEREFORE, the trustee prays for an Order from this Honorable Court authorizing a "stop payment" issued on check nos. 103 and 104 marked Exhibits C and D and authorizing payment in the amount of $1,016.79 to the Clerk of Court, United States Bankruptcy Court, Middle District of Louisiana to the credit of Wings Financial FCU.

RESPECTFULLY SUBMITTED BY:

  S/Martin A. Schott
MARTIN A. SCHOTT, (11822)
Trustee
7922 Wrenwood Blvd., Ste. B
Baton Rouge, Louisiana  70809
225/928-9292 office
225/924-2469 fax
ctschott@bellsouth.net

*Exhibit A*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:                                    CASE NO. 08-10971 DDD
DAVIS, MELVIN R.

CHAPTER 7 CASE

DEBTOR(S)

NOTICE OF TRUSTEE'S FINAL REPORT OF ADMINISTRATION OF ESTATE,
REPORT OF RECEIPTS AND DISBURSEMENTS,
APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES, AND PROPOSED DISTRIBUTION

To the creditors of the above-named debtor(s):

    NOTICE IS HEREBY GIVEN that MARTIN A. SCHOTT, Trustee of this estate, has filed the Trustee's Final Report of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Reimbursement of Expenses, and Proposed Distribution (the Trustee's Final Report) and has requested approval thereof. Pursuant to 11 USC §326, the trustee has applied for compensation from this estate for services rendered in the amount of $460.82, and for approval of expenses in the amount of $39.92.

    NOTICE IS HEREBY GIVEN that unless objection to the Trustee's Final Report is received at this office, United State Bankruptcy Court, 707 Florida Street, Room 119, Baton Rouge, Louisiana, 70801, and served upon the Trustee within twenty (20) days after the date hereof, the Court may approve the Trustee's Final Report and grant the compensation and expenses requested therein, without further proceedings. If an objection is timely filed and served, the Court will fix and notice a hearing upon the objection.

    The Trustee's Final Report shows:

| | |
|---|---:|
| Total Receipts............................................................ | $ 1,843.29 |
| Less Amount Approved by Court Order........................ | $ 0.00 |
| Net Amount to Distribute............................................. | $ 1,843.29 |

| Claims proved and Allowed | | Proposed Disbursements | |
|---|---:|---|---:|
| Admin. Expense Priority | $ 500.74 | $ | 500.74 |
| Other Priority | $ 0.00 | $ | 0.00 |
| Secured | $ 0.00 | $ | 0.00 |
| Unsecured | $ 16,369.09 | $ | 1,342.55 |
| | | | |
| Total Proposed Disbursements......................................... | | $ | 1,843.29 |
| Balance............................................................................. | | $ | 0.00 |

BY ORDER OF THE COURT
OFFICE OF THE CLERK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA
707 Florida Street
Baton Rouge, LA 70801

*Exhibit B*

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

IN RE:  
DAVIS, MELVIN R.

CASE NO. 08-10971 DDD

CHAPTER 7 CASE

DEBTOR(S)

### ORDER APPROVING TRUSTEE'S FINAL REPORT OF ADMINISTRATION OF ESTATE, REPORT OF RECEIPTS AND DISBURSEMENTS, APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND PROPOSED DISTRIBUTION

Considering the Trustee's Final Report of Administration of the Estate, Report of Receipts and Disbursements, Application for Compensation and Reimbursement of Expenses, and Proposed Distribution (the Trustee's Final Report), filed by MARTIN A. SCHOTT, trustee, and notice having been given as required by Rule 2002(f)(8) of the Federal Rules of Bankruptcy Procedure:

IT IS ORDERED that MARTIN A. SCHOTT, trustee, be and he hereby is allowed the sum of $460.82, plus 506(c) costs and expenses of disposing of property of $0.00, as compensation for the services rendered in this case by him as trustee (such sum not exceeding the limitations prescribed by 11 U.S.C. Section 326(a)); and that the administrative costs and expenses in the amount of $39.92 incurred by said trustee be and they hereby are approved and allowed.

IT IS FURTHER ORDERED that the Trustee's Final Report be and it hereby is approved and allowed, that the trustee be and he hereby is authorized and directed to make distributions as proposed by him in the Trustee's Final Report, that in due course he file the Trustee's Final Account of Distribution and Application for Closing and Discharge, and that thereafter the trustee be discharged and the case be closed.

Baton Rouge, Louisiana, May 22, 2009.

S/ Douglas D. Dodd  
DOUGLAS D. DODD  
UNITED STATES BANKRUPTCY JUDGE

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 13th Floor, New York, NY 10004

| Case | Debtor |
|---|---|
| 08-10971 DDD | DAVIS, MELVIN R. |
| 312218712566 | |

Dividend paid 8.20% on $7,344.69; Claim# 1; Filed: $7,344.69; Reference: 1086

TID #380080
MARTIN A. SCHOTT
7922-B WRENWOOD BOULEVARD
BATON ROUGE LA 70809

VOID AFTER 90 DAYS

103
1-2/210

Exhibit C

~~~Six Hundred Two Dollars and 39/100

Pay to the Order of: Wings Financial FCU
14985 Glazier Avenue
Apple Valley MN 55124

Date  05/26/2009

$ *********602.39

**NON-NEGOTIABLE**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS  104
1-2/210
123
20049

| Case | Debtor |
|---|---|
| 08-10971 DDD | DAVIS, MELVIN R. |
| 312218712566 | |

Dividend paid 8.20% on $5,052.58; Claim# 2; Filed: $5,052.58; Reference: 9877

TID #380080
MARTIN A. SCHOTT
7922-B WRENWOOD BOULEVARD
BATON ROUGE LA 70809

*Exhibit D*

Date    05/26/2009    $ **********414.40

~~~Four Hundred Fourteen Dollars and 40/100

Pay to the Order of
Wings Financial FCU
14985 Glazier Avenue
Apple Valley MN 55124

*5/26/09*

**NON-NEGOTIABLE**

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW